

**FRIEBERT, FINERTY & ST. JOHN, S.C.**
ATTORNEYS AT LAW

Two Plaza East - Suite 1250 • 330 East Kilbourn Ave. • Milwaukee, Wisconsin 53202
Phone 414-271-0130 • Fax 414-272-8191 • www.ffsj.com

ROBERT H. FRIEBERT
JOHN D. FINERTY
THOMAS W. ST.JOHN
WILLIAM B. GUIS
S. TODD FARRIS
TED A. WARPINSKI
LAWRENCE J. GLUSMAN
BRIAN C. RANDALL
CHRISTOPHER M. MEULER
M. ANDREW SKWIERAWSKI
JOSEPH M. PELTZ

October 31, 2013

**VIA ECF**
Honorable William C. Griesbach
United States District Court – Green Bay Division
Eastern District of Wisconsin
125 South Jefferson Street, Room 102
Green Bay, WI 54301

RE: *Vito Congine, Jr. v. Village of Crivitz, et al.*
U.S. District Court (E.D. Wis.) Case No. 11-cv-00637-WCG

Dear Judge Griesbach:

Pursuant to the Order dated October 2, 2013, the purpose of this letter is to inform the Court that the Plaintiff and the Village of Crivitz have reached a settlement agreement in principle on all remaining issues between them. The agreement must go through a formal approval process that is expected to be completed on or before December 5, 2013. The parties request that the case be held open until this approval may be obtained, and within a reasonable time after approval the parties will file appropriate dismissal papers.

We appreciate the Court's assistance, and should there be any questions counsel for the parties will make themselves available to the Court.

I am authorized to state that Mr. Jones, counsel for the Village of Crivitz, has approved the contents of this letter.

Very truly yours,

FRIEBERT, FINERTY & ST. JOHN, S.C.

s/Christopher M. Meuler

Christopher M. Meuler
cmm@ffsj.com
CMM/sjf
cc: Charles H. Bohl, Esq./Andrew A. Jones, Esq.